IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SYLVIA JOHNS            *

    Plaintiff       *

  vs.                   *   CIVIL NO. H-02-1643

                                                      *

NATICK FIFTH REALTY CORP., et al.

                                                      *

    Defendants

    *    *    *    o0o    *    *    *

<u>O R D E R</u>

    It appearing that defendant Natick Fifth Realty Corp. is a Maryland corporation and that this Court lacks jurisdiction in this case, it is this <u>6th</u> day of March, 2003 by the United States District Court for the District of Maryland,

    ORDERED that, pursuant to 28 U.S.C. § 1447(c), this case is hereby remanded to the Circuit Court for Baltimore City.

                                                      /s/
                                         Alexander Harvey, II
                                         Senior United States District Judge