UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

August 12, 2004

Circuit Court for Baltimore City
Courthouse East Room 462
111 N. Calvert St
Baltimore, MD 21202

RE:   Johns v Natick Fifth Realty Corp., et al
      Civil Action No. H-02-1643

Dear Clerk:

On March 6, 2003, the Honorable Alexander Harvey, II signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

                                                    Sincerely,

                                                    Felicia C. Cannon, Clerk


                                            By:     Janet Buker
                                                    Deputy Clerk

Enclosures
cc:   The Honorable Alexander Harvey, II

      File

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____, 20____.

U.S. District Court (Rev. 9/4/2001) - Remand Letter to Court

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov